AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __David Tucker__
was received by me on *(date)* __3/5/2025__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Sam Garland Attorney__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __David Tucker__
on *(date)* __3/11/2025__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-12-25__

_____
Server's signature

__Deputy J. Michael Johnson__
Printed name and title

__14 Main St. Newport, NH__
Server's address

SULLIVAN COUNTY SHERIFF'S OFFICE
CERTIFICATE OF SERVICE

COUNTY OF SULLIVAN

STATE OF NEW HAMPSHIRE

MARC MANCHON

VS

TUCKER, D

Docket Number: 24-CV-347-LM-AJ

Sheriff File Number: 25SCO-265-CP

I, DEPUTY SHERIFF J M Johnson, of the Sullivan County Sheriff's Office, Newport New Hampshire, certify and affirm that on 03/11/2025 at 12:17pm, I served the within Summons In A Civil Action upon Attorney Sam Garland for DAVID TUCKER, the defendant named herein, in the following manner, by giving in hand to Attorney Sam Garland, a true and attested copy thereof.

3-12-25
DATED

DEPUTY SHERIFF J M Johnson

Sheriff Fees

Basic Service Fee    33.55
Postage               1.00
Travel               18.34

TOTAL COSTS          52.89