UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Marc Manchon,
Plaintiff,

v.

Charlestown, NH Police Department;
Chief Patrick Connor, individually and in his official capacity;
and Dispatcher Sirena Relihan,
Defendants.

Civil Action No.: 24-cv-347-LM-AJ

NOTICE OF SERVICE OF INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, Plaintiff Marc Manchon hereby certifies that on March 18, 2025, he served his Initial Disclosures on counsel for the Defendants, Attorney Matt Burrows, via email. These disclosures are not being filed with the Court pursuant to Rule 5(d)(1) but are available upon request or by order of the Court.

Respectfully submitted,
Dated: March 18, 2025

Marc Manchon
Plaintiff, pro se