# UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Marc Manchon,
Plaintiff,

v.

Town of Charlestown, NH, et al.,
Defendants.

Case No. 1:24-cv-00347-LM-AJ

## PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEAL (ECF DOC. 20)

NOW COMES Plaintiff, Marc Manchon, pro se, and respectfully submits this reply to Defendants' Response (ECF Doc. 20) to Plaintiff's Motion to Seal (ECF Doc. 15), and states as follows:

1. Plaintiff appreciates that Defendants take no position on the Motion to Seal so long as relief granted is consistent with Federal Rule of Civil Procedure 5.2.

2. Plaintiff reaffirms that the Motion to Seal was made in good faith to protect personally identifiable information (PII), including Plaintiff's residential address, phone number, and email address, and to mitigate the risk of harassment and threats as set forth in Plaintiff's declaration.

3. Plaintiff's request to seal is narrowly tailored and consistent with Rule 5.2(a), protecting only sensitive personal information that, if publicly disclosed, would pose a legitimate security risk.

4. Plaintiff is amenable to working cooperatively with Defendants and the Court to ensure that any redactions or sealing orders align with the Court's directives.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Motion to Seal (ECF Doc. 15) and such further relief as this Court deems just and appropriate.

Respectfully submitted,

Marc Manchon, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on Defendants' counsel via the Court's electronic filing system on this date of March 22nd 2025

Marc Manchon