# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

Marc Manchon )
*Plaintiff* )
v. ) Case No. 1:24-cv-00347-LM-AJ
David Tucker, et al. )
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bail Commissioner David A. Tucker

Date: 3/24/2025

/s/Shawna Bentley
*Attorney's signature*

Shawna Bentley 270149
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301
*Address*

Shawna.Bentley@doj.nh.gov
*E-mail address*

(603) 271-3658
*Telephone number*

(603) 271-2110
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: All parties of record.

3/24/2025                                                                 */s/Shawna Bentley*

Date                                                                            Signature