UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Marc Manchon, | \* |
| | \* |
| Plaintiff, | \* |
| v. | \*   Civil No. 1:24-cv-00347-LM-AJ |
| | \* |
| David Tucker, et al., | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO EXTEND DEFENDANT TUCKER'S RESPONSIVE PLEADING DEADLINE

The Defendant, David A. Tucker, by and through his counsel, the New Hampshire Office of the Attorney General, hereby submits the above-captioned pleading, stating in support thereof as follows:

1. On or around October 25, 2024, the Plaintiff initiated this action by filing his initial Complaint with this Court.

2. On or around March 2, 2025, the Plaintiff filed an Amended Complaint adding Bail Commissioner David A. Tucker as a defendant.

3. On information and belief, on or around March 11, 2025, service of the Amended Complaint was completed as to Defendant Tucker.

4. On information and belief, the Defendant requires additional time to coordinate and compile a responsive pleading to said Complaint, and this need for additional time is compounded by undersigned's caseload which includes several time-sensitive and pre-existing commitments for other litigation matters.

5. Defendant seeks a brief extension (less than two weeks) of his response deadline to April 11, 2025.

6. Plaintiff was contacted regarding the relief requested herein, and objects to same.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A. Grant the within Motion;

B. Extend Defendant David Tucker's response deadline to April 11, 2025; and

C. Grant such other and further relief as justice may require.

          Respectfully submitted,

          DAVID A. TUCKER

          By their attorney,

          JOHN M. FORMELLA
          ATTORNEY GENERAL

Dated: March 28, 2025          /s/ Shawna Bentley
          Shawna Bentley, Bar #270149
          Attorney
          Civil Bureau
          NH Department of Justice
          1 Granite Place South
          Concord, NH 03301
          shawna.bentley@doj.nh.gov
          (603) 271-6836

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this day to all parties of record via the Court's electronic filing system.

          */s/ Shawna Bentley*
          Shawna Bentley