# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
***************************************
Marc Manchon                           *
                                       *
            Plaintiff,                 *
      v.                               *   Civil No. 1:24-cv-00347-LM-AJ
                                       *
David Tucker, et al.                   *
                                       *
            Defendants.                *
                                       *
***************************************
```

## MOTION TO DISMISS

The Defendant David Tucker, by and through his counsel, the New Hampshire Office of the Attorney General, hereby submits the within *Motion to Dismiss*, stating in support thereof as follows:

1. Defendant Tucker has filed a Memorandum of Law in support of his Motion to Dismiss of near or even date herewith.

2. The arguments presented in said Memorandum of Law are hereby incorporated as if fully restated herein.

3. For the reasons stated in the accompanying Memorandum of Law, Plaintiff's claims warrant dismissal.

WHEREFORE, the Defendant Tucker respectfully request that this Honorable Court:

A. Dismiss Plaintiff's Amended Complaint against Defendant Tucker; and

B. Grant such other and further relief as justice may require.

                                              Respectfully submitted,
                                              David Tucker
                                              By his attorney,
                                              THE OFFICE OF THE ATTORNEY GENERAL

Dated: April 10, 2025                /s/ Shawna Bentley
                                              Shawna Bentley, Bar No. 270149
                                              Attorney
                                              Civil Bureau
                                              NH Department of Justice
                                              1 Granite Place South
                                              Concord, NH 03301
                                              shawna.bentley@doj.nh.gov
                                              (603) 271-6836

## Certificate of Service

I hereby certify that on this day a copy of the foregoing was sent to all parties and counsel of record via the Court's electronic filing system.

                                              /s/ Shawna Bentley
                                              Shawna Bentley