## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

```
*******************************************
Marc Jon Manchon,                          *
                                           *
              Plaintiff,                   *
                                           *
v.                                         *      Docket No. 1:24-cv-00347-LM-AJ
                                           *
Town of Charlestown, NH, et al.            *
                                           *
              Defendants.                  *
*******************************************
```

### DEFENDANTS' STATEMENT REGARDING STATUS OF DISCOVERY

    Defendants, Town of Charlestown, NH Police Department, Patrick Connors, and Sirena Relihan, file this statement regarding the status of discovery and state as follows:

    1.    Discovery has remained ongoing in this matter between the Charlestown Defendants and Plaintiff. Charlestown Defendants and Plaintiff are continuing to work through any disputes surrounding the discovery that has been propounded and produced. To the extent that any dispute cannot be resolved, the parties acknowledge that they may seek further guidance from the Magistrate Judge and further reserve the right seek all remedies and recourse available to them through the Court.

    2.    Having conferred with counsel for Defendant Tucker, Defendant Tucker's motion to dismiss remains outstanding before the Court. As a result, Defendant Tucker's position is that any discovery relative to Defendant Tucker should be stayed pending resolution of Defendant Tucker's motion to dismiss.

    3.    Plaintiff and counsel for Defendant Tucker consent to the filing of this statement regarding discovery. <u>See</u> Local Rule 7.1(c).

        Respectfully submitted,

        **Town of Charlestown, NH Police Department, Patrick Connors and Sirena Relihan**

        By Their Attorneys,
        **Gallagher, Callahan & Gartrell, P.C.**

Dated:  May 9, 2025        By:  /s/ Matthew V. Burrows
        Matthew V. Burrows, Esq. (#20914)
        214 North Main Street
        Concord, NH  03301
        (603) 228-1181
        burrows@gcglaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served this date upon Plaintiff via the Court's electronic filing system.

Dated:  May 9, 2025        By:  /s/ Matthew V. Burrows
        Matthew V. Burrows, Esq.