# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************************

| | |
|---|---|
| Marc Jon Manchon, | * |
| | * |
| Plaintiff, | * |
| v. | *   **Docket No. 1:24-cv-00347-LM-AJ** |
| | * |
| Town of Charlestown, NH, et al. | * |
| | * |
| Defendants. | * |

*******************************************

## DEFENDANTS' STATEMENT REGARDING MEDIATION

NOW COME the Defendants and report that they are not in a position to mediate at this time given the pending dispositive motions before the Court.

Respectfully submitted,

**TOWN OF CHARLESTOWN, NH POLICE DEPARTMENT, PATRICK CONNORS AND SIRENA RELIHAN**

By Their Attorneys,

**GALLAGHER, CALLAHAN & GARTRELL, P.C.**

Dated: May 30, 2025          By: /s/ Matthew V. Burrows
Matthew V. Burrows, Esq. (#20914)
214 North Main Street
Concord, NH  03301
(603) 228-1181
burrows@gcglaw.com

**DAVID TUCKER**

By His Attorneys,

**OFFICE OF THE ATTORNEY GENERAL**

Dated: May 30, 2025          By:   /s/ Shawna Bentley
Shawna Bentley, Esq. (#270149)
Civil Bureau, NH Dept. of Justice

1 Granite Place South
Concord, NH 03301
603-271-3650
shawna.bentley@doj.nh.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent this date to all parties/counsel of record via the Court's electronic case filing system.

Dated: May 30, 2025        By: /s/ Matthew V. Burrows
                                  Matthew V. Burrows, Esq. (#20914)