UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Marc Jon Manchon

    v.                                                   Case No. 24-cv-347-LM-AJ

Charlestown, NH Police Department et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 27, 2025 (document 35). "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." _Rivera-Aponte v. Gomez Bus Line, Inc._, 62 F.4th 1, 10 (1st Cir. 2023) (quoting _Sch. Union No. 37 v. United Nat'l Ins. Co._, 617 F.3d 554, 564 (1st Cir. 2010)); see also _Santos-Santos v. Torres-Centeno_, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The Bail Commissioner's motion to dismiss (document 25) is granted.

                                                                   _____
                                                                   Landya B. McCafferty
                                                                   United States District Judge

Date: October 3, 2025

cc: Marc Jon Manchon, pro se
    Counsel of Record