UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Marc Jon Manchon

                              Case No. 24-cv-347-LM-AJ

v.

Charlestown, NH Police Department et al.


ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 10, 2025 . "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

    The defendants' motion for judgment on the pleadings (doc. no. 29) is granted.

                                                _____
                                                Landya B. McCafferty
                                                United States District Judge

Date: December 31, 2025

cc: Marc Jon Manchon, pro se
    Counsel of Record