```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Marc Jon Manchon

    v.                                                    Case No. 24-cv-347-LM-AJ

Charleston, NH Police Department et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 27, 2026 . "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The defendants' motion for summary judgment (Doc. No. 31) is granted. The movants are the only remaining defendants. The clerk's office is directed to enter judgment and close the case.

                                                              _____
                                                              Landya B. McCafferty
                                                             United States District Judge

Date: March 9, 2026

cc:   Marc Jon Manchon, pro se
       Counsel of Record